Kym S. Cushing
Nevada Bar No. 4242
Douglas M. Rowan
Nevada Bar No. 4736
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
(702) 727-1400; FAX (702) 727-1401
kym.cushing@wilsonelser.com
douglas.rowan@wilsonelser.com
*Attorneys for defendant Target Corporation*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA ALLEN, individually,<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, a Foreign Corporation; DOES I – X, inclusive; and ROE CORPORATIONS I – X, inclusive,<br><br>Defendants. | CASE NO.: 2:17-cv-02204-APG-NJK<br><br>**STIPULATION FOR EXTENSION OF DISCOVERY DEADLINES (First Request)** |

The above named parties, by and through their respective counsel of record, hereby submit the following STIPULATION FOR EXTENSION OF DISCOVERY DEADLINES (First Request).

### A.     DISCOVERY COMPLETED TO DATE

This matter involves a slip and fall at one of Defendant's stores. On September 20, 2017, the parties held an initial Rule 26(f) Conference. Defendant served its initial disclosure of witnesses and documents on September 18, 2017.   Plaintiff served her initial disclosure of witnesses and documents on September 21, 2017.  Plaintiff served her first supplemental disclosure of witnesses and documents on October 2, 2017.   On September 27, 2017, the Court entered a Stipulated Discovery Plan/Scheduling Order.

On October 17, 2017, Defendant propounded a First Set of Interrogatories and First Set of Requests for Production of Documents upon Plaintiff.  Plaintiff served her responses to those written discovery requests on November 20, 2017.  On November 9, 2017, Plaintiff noticed the depositions of three of Defendant's current employees and the deposition of one of Defendant's former employees for November 28, 2017. The parties are attempting to schedule additional depositions of

Defendant's former and current employees.

Defendant has requested Plaintiff's medical records and films directly from her medical providers through records authorizations provided by Plaintiff.

**B.   DISCOVERY THAT REMAINS TO BE COMPLETED**

Defendant is still obtaining Plaintiff's medical records through authorizations provided by Plaintiff. Defendant needs to conduct the deposition of Plaintiff, a witness who was with her at the time of the subject incident, and at least two of Plaintiff's treating healthcare providers once Defendant has received Plaintiff's medical records directly from the providers. Plaintiff continues to experience symptoms she attributes to the subject incident and anticipates requiring future treatment so Defendant believes it is premature to conduct those depositions. Defendant may seek to have Plaintiff appear for a Rule 35 Examination.

Plaintiff has scheduled the depositions of four of Defendant's former and current employees and intends to conduct the depositions of additional employees and representatives. The parties also anticipate designating expert witnesses and conducting the depositions of any designated expert witnesses.

**C.   REASONS WHY DISCOVERY HAS NOT BEEN COMPLETED**

Defendant is still in the process of obtaining Plaintiff's medical records and films. Defendant needs to obtain those records before conducting the depositions of Plaintiff and her treating healthcare providers. Defendant also needs to obtain those records and films to provide to Defendant's medical expert. Also, Plaintiff continues to experience symptoms she attributes to the subject incident and anticipates requiring future treatment for issues she attributes to the subject incident. Plaintiff needs to conduct further depositions of Defendant's employees prior to the disclosure of expert witnesses. All of this discovery cannot be completed and provided to expert witnesses to allow them to complete expert reports prior to the current initial expert disclosure deadline. Accordingly, the parties request a sixty day extension of the current discovery deadlines.

. . .

. . .

. . .

1228254v.1

### D.  PROPOSED DISCOVERY SCHEDULE

| | |
|---|---|
| Close of Discovery: | April 14, 2018 |
| Dispositive Motions: | May 14, 2018 |
| Joint Pre-Trial Order: | June 13, 2018 |
| Last day to amend pleadings: | Closed |
| Initial Expert Disclosures: | February 13, 2018 |
| Rebuttal Expert Disclosures: | March 15, 2018 |
| Interim Status Report | February 13, 2018 |

DATED this ___ day of November, 2017.

DATED this ___ day of November, 2017.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

**MAINOR WIRTH, LLP**

BY: _____
Kym S. Cushing
Nevada Bar No. 004242
Douglas M. Rowan
Nevada Bar No. 004736
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
*Attorneys for defendant Target Corporation*

BY: _____
Bradley S. Mainor
Nevada Bar No. 007434
Joseph J. Wirth
Nevada Bar No. 010280
6018 S. Fort Apache Road, Ste. 150
Las Vegas, Nevada 89148-5652
*Attorney for plaintiff Angela Allen*

IT IS SO ORDERED.

Dated this __29__ day of __November__, 2017.

_____
UNITED STATES MAGISTRATE JUDGE