Kym S. Cushing
Nevada Bar No. 4242
Douglas M. Rowan
Nevada Bar No. 4736
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
(702) 727-1400; FAX (702) 727-1401
kym.cushing@wilsonelser.com
douglas.rowan@wilsonelser.com
*Attorneys for defendant Target Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANGELA ALLEN, individually, | CASE NO.: 2:17-cv-02204-APG-NJK |
| Plaintiff, | |
| vs. | **STIPULATION FOR EXTENSION OF DISCOVERY DEADLINES (Second Request)** |
| TARGET CORPORATION, a Foreign Corporation; DOES I – X, inclusive; and ROE CORPORATIONS I – X, inclusive, | |
| Defendants. | |

The above named parties, by and through their respective counsel of record, hereby submit the following STIPULATION FOR EXTENSION OF DISCOVERY DEADLINES (Second Request).

**A.   DISCOVERY COMPLETED TO DATE**

This matter involves a slip and fall at one of Defendant's stores. On September 20, 2017, the parties held an initial Rule 26(f) Conference. Defendant served its initial disclosure of witnesses and documents on September 18, 2017. Plaintiff served her initial disclosure of witnesses and documents on September 21, 2017. Plaintiff served her first supplemental disclosure of witnesses and documents on October 2, 2017. On September 27, 2017, the Court entered a Stipulated Discovery Plan/Scheduling Order. On November 29, 2017, the Court granted the parties' first stipulated request to extend discovery deadlines.

On October 17, 2017, Defendant propounded a First Set of Interrogatories and First Set of Requests for Production of Documents upon Plaintiff. Plaintiff served her responses to those written discovery requests on November 20, 2017. On January 25, 2018, Plaintiff propounded a First Set of Interrogatories and First Set of Requests for Production of Documents upon Defendant.

On November 9, 2017, Plaintiff noticed the depositions of three of Defendant's current employees and the deposition of one of Defendant's former employees for November 28, 2017. Due to the length of the depositions, the parties were only able to complete the deposition of the former employee and one of the current employees on November 28. Plaintiff has re-noticed the other two depositions for February 8, 2018. The parties are also working to schedule additional depositions of Defendant's former and current employees.

Defendant has requested Plaintiff's medical records and films directly from her medical providers through records authorizations provided by Plaintiff. Defendant has received some, but not all, of the requested records and films.

**B.    DISCOVERY THAT REMAINS TO BE COMPLETED**

Defendant is still obtaining Plaintiff's medical records through authorizations provided by Plaintiff. Defendant needs to conduct the deposition of Plaintiff, a witness who was with her at the time of the subject incident, and at least two of Plaintiff's treating healthcare providers once Defendant has received Plaintiff's medical records directly from the providers. Plaintiff continues to experience symptoms she attributes to the subject incident and anticipates requiring future treatment so Defendant may seek to have Plaintiff appear for a Rule 35 Examination. Defendant will respond to Plaintiff's written discovery requests.

Plaintiff will conduct the two depositions of Defendant's current employees and intends to conduct the depositions of additional employees and representatives. The parties also anticipate designating expert witnesses and conducting the depositions of any designated expert witnesses.

**C.     REASONS WHY DISCOVERY HAS NOT BEEN COMPLETED**

Defendant is still in the process of obtaining Plaintiff's medical records and films. Defendant needs to obtain those records before conducting the depositions of Plaintiff and her treating healthcare providers. Defendant also needs to obtain those records and films to provide to Defendant's medical expert. Also, as Plaintiff continues to experience symptoms she attributes to the subject incident and anticipates requiring future treatment, Defendant will likely seek to have Plaintiff attend a Rule 35 Examination.

Plaintiff needs to conduct the depositions of Defendant's employees prior to the disclosure of expert witnesses. Defendant's employees had limited availability for deposition due to their job duties during the holidays.

All of this discovery cannot be completed and provided to expert witnesses to allow them to complete expert reports prior to the current initial expert disclosure deadline. Accordingly, the parties request a sixty day extension of the current discovery deadlines.

*///*

*///*

*///*

*///*

*///*

*///*

*///*

*///*

*///*

*///*

*///*

**D. PROPOSED DISCOVERY SCHEDULE**

| | |
|---|---|
| Close of Discovery: | June 13, 2018 |
| Dispositive Motions: | July 13, 2018 |
| Joint Pre-Trial Order: | August 13, 2018 |
| Last day to amend pleadings: | Closed |
| Initial Expert Disclosures: | April 14, 2018 |
| Rebuttal Expert Disclosures: | May 14, 2018 |
| Interim Status Report | April 14, 2018 |

DATED this 26th day of January, 2018.          DATED this 26th day of January, 2018.

**WILSON, ELSER, MOSKOWITZ,**          **MAINOR WIRTH, LLP**
**EDELMAN & DICKER LLP**

BY: */s/ DOUGLAS M. ROWAN*          BY: */s/ JOSEPH J. WIRTH*
Kym S. Cushing                                        Bradley S. Mainor
Nevada Bar No. 004242                          Nevada Bar No. 007434
Douglas M. Rowan                                Joseph J. Wirth
Nevada Bar No. 004736                          Nevada Bar No. 010280
300 South Fourth Street, 11th Floor        6018 S. Fort Apache Road, Ste. 150
Las Vegas, Nevada 89101                      Las Vegas, Nevada 89148-5652
*Attorneys for defendant Target Corporation*     *Attorney for plaintiff Angela Allen*

IT IS SO ORDERED.

Dated this 29th day of January, 2018.

_____
**UNITED STATES MAGISTRATE JUDGE**