**STED**
BRADLEY S. MAINOR, ESQ.
Nevada Bar No. 7434
JOSEPH J. WIRTH, ESQ.
Nevada Bar No. 10280
**MAINOR WIRTH, LLP**
6018 S. Fort Apache Road, Ste. 150
Las Vegas, NV 89148-5652
Tel:  (702) 464-5000
Fax:  (702) 463-4440
brad@mwinjury.com
joe@mwinjury.com
*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA ALLEN, individually;<br><br>    Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, a Foreign Corporation; DOES I – X, inclusive; and ROE CORPORATIONS I – X, inclusive,<br><br>    Defendants. | CASE NO.:    2:17-cv-02204-APG-NJK<br><br><br>**STIPULATION FOR EXTENSION OF DISCOVERY DEADLINES (Third Request)** |

The above named parties, by and through their respective counsel of record, hereby submit the following STIPULATION FOR EXTENSION OF DISCOVERY DEADLINES (Third Request).

## A.  DISCOVERY COMPLETED TO DATE

This matter involves a slip and fall at one of Defendant's stores.  On September 20, 2017, the parties held an initial Rule 26(f) Conference.  On September 27, 2017, the Court entered a Stipulated Discovery Plan/Scheduling Order.  On November 29, 2017, the Court granted the parties' first stipulated request to extend discovery deadlines.  On January 29, 2018, the Court granted the parties' second stipulated request to extend discovery deadlines.

MAINOR WIRTH, LLP
6018 S. Ft. Apache Rd., Ste. 150, Las Vegas, NV 89148
Phone: (702) 464-5000 | Fax: (702) 463-4440

**MAINOR WIRTH, LLP**

6018 S. Ft. Apache Rd., Ste. 150, Las Vegas, NV 89148

Phone: (702) 464-5000 | Fax: (702) 463-4440

To date, Plaintiff has produced the following discovery:

- Plaintiff's Initial List of Witnesses and Production of Documents Pursuant to FRCP 26.1(a), served September 21, 2017;

- 1st Supplement to Plaintiff's Initial List of Witnesses and Production of Documents Pursuant to FRCP 26.1(a), served October 2, 2017;

- 2nd Supplement to Plaintiff's Initial List of Witnesses and Production of Documents Pursuant to FRCP 26.1(a), served November 17, 2017;

- Plaintiff's Answers to Defendant Target Corporation's First Set of Interrogatories, served November 20, 2017;

- Plaintiff's Responses to Defendant's First Set of Requests for Production of Documents, served November 20, 2017;

- 3rd Supplement to Plaintiff's Initial List of Witnesses and Production of Documents Pursuant to FRCP 26.1(a), served January 8, 2017;

- 4th Supplement to Plaintiff's Initial List of Witnesses and Production of Documents Pursuant to FRCP 26.1(a), served April 11, 2018.

To date, Defendant has produced the following discovery:

- Defendant Target Corporation's Initial Disclosures of Witnesses and Documents Pursuant to Fed.R.Civ.P. 26(a)(1), served September 20, 2017;

- Defendant Target Corporation's First Supplemental Disclosures of Witnesses and Documents Pursuant to Fed.R.Civ.P. 26(a)(1), served March 9, 2018;

- Defendant Target Corporation's Answers to Plaintiff's First Set of Interrogatories, served March 9, 2018;

- Defendant Target Corporation's Responses to Plaintiff's First Set of Requests for Production, served March 9, 2018.

To date, the following depositions have been taken:

- Julie Jarvis Francois, taken by Plaintiff on November 28, 2017;

- Ralph Tiebel, taken by Plaintiff on November 28, 2017;

- Illunga McClendon, taken by Plaintiff on February 20, 2018;

- Jason Boone, taken by Plaintiff on February 20, 2018.

. . .

**MAINOR WIRTH, LLP**
6018 S. Ft. Apache Rd., Ste. 150, Las Vegas, NV 89148
Phone: (702) 464-5000 | Fax: (702) 463-4440

1    **B.  DISCOVERY THAT REMAINS TO BE COMPLETED**

2    Defendant is still obtaining Plaintiff's medical records through authorizations provided by

3    Plaintiff.  Defendant needs to conduct the deposition of Plaintiff, a witness who was with her at

4    the time of the subject incident, and at least two of Plaintiff's treating healthcare providers once

5    Defendant has received Plaintiff's medical records directly from the providers.  Plaintiff continues

6    to experience symptoms she attributes to the subject incident and anticipates requiring future

7    treatment so Defendant may seek to have Plaintiff appear for a Rule 35 Examination.

8    Plaintiff intends to conduct the depositions of additional employees and FRCP 30(b)(6)

9    representatives.  The parties are also in the process of scheduling Plaintiff's deposition.

10    The parties also anticipate designating expert witnesses and conducting the depositions of

11    any designated expert witnesses.

12    **C.  REASONS WHY DISCOVERY HAS NOT BEEN COMPLETED**

13    Defendant is still in the process of obtaining Plaintiff's medical records and films.

14    Defendant needs to obtain those records before conducting the depositions of Plaintiff and her

15    treating healthcare providers.  Defendant also needs to obtain those records and films to provide

16    to Defendant's medical expert.  Also, as Plaintiff continues to experience symptoms she attributes

17    to the subject incident and anticipates requiring future treatment, Defendant will likely seek to

18    have Plaintiff attend a Rule 35 Examination.

19    Plaintiff needs to conduct the depositions of additional employees and Defendant's FRCP

20    30(b)(6) representative(s) prior to the disclosure of expert witnesses.  Four of Defendant's

21    employees have been deposed to date, and the parties are working to schedule the remaining

22    employee depositions.

23    All of this discovery cannot be completed and provided to expert witnesses to allow them

24    to complete expert reports prior to the current initial expert disclosure deadline.  Accordingly, the

25    parties request a sixty day extension of the current discovery deadlines.

26    . . .

27    . . .

28

**D. PROPOSED DISCOVERY SCHEDULE**

| | |
|---|---|
| Close of Discovery: | August 13, 2018 |
| Dispositive Motions: | September 12, 2018 |
| Joint Pre-Trial Order: | October 12, 2018 |
| Last day to amend pleadings: | Closed |
| Initial Expert Disclosures: | June 13, 2018 |
| Rebuttal Expert Disclosures: | July 13, 2018 |
| Interim Status Report | June 13, 2018 |

DATED this __11th__ day of April, 2018.    DATED this __11th__ day of April, 2018.

**MAINOR WIRTH, LLP**                  **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP**

/s/ Joseph J. Wirth

                                       /s/ Douglas M. Rowan

BRADLEY S. MAINOR, ESQ.
Nevada Bar No. 7434                    DOUGLAS M. ROWAN, ESQ.
JOSEPH J. WIRTH, ESQ.                  Nevada Bar No. 4736
Nevada Bar No. 10280                   300 S. Fourth Street, 11th Floor
6018 S. Fort Apache Road, Ste. 150     Las Vegas, NV 89101
Las Vegas, NV 89148-5652               *Counsel for Defendant*
*Counsel for Plaintiff*


        IT IS SO ORDERED.

        Dated   April 12, 2018



_____
**UNITED STATES MAGISTRATE JUDGE**

MAINOR WIRTH, LLP
6018 S. Ft. Apache Rd., Ste. 150, Las Vegas, NV 89148
Phone: (702) 464-5000 | Fax: (702) 463-4440