**STED**
BRADLEY S. MAINOR, ESQ.
Nevada Bar No. 7434
JOSEPH J. WIRTH, ESQ.
Nevada Bar No. 10280
**MAINOR WIRTH, LLP**
6018 S. Fort Apache Road, Ste. 150
Las Vegas, NV 89148-5652
Tel: (702) 464-5000
Fax: (702) 463-4440
brad@mwinjury.com
joe@mwinjury.com
*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA ALLEN, individually;<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, a Foreign Corporation; DOES I – X, inclusive; and ROE CORPORATIONS I – X, inclusive,<br><br>Defendants. | CASE NO.: 2:17-cv-02204-APG-NJK<br><br>**STIPULATION FOR EXTENSION OF DISCOVERY DEADLINES (Fourth Request)** |

The above named parties, by and through their respective counsel of record, hereby submit the following STIPULATION FOR EXTENSION OF DISCOVERY DEADLINES (Third Request).

**A. DISCOVERY COMPLETED TO DATE**

This matter involves a slip and fall at one of Defendant's stores. On September 20, 2017, the parties held an initial Rule 26(f) Conference. On September 27, 2017, the Court entered a Stipulated Discovery Plan/Scheduling Order. On November 29, 2017, the Court granted the parties' first stipulated request to extend discovery deadlines. On January 29, 2018, the Court granted the parties' second stipulated request to extend discovery deadlines. On April 11, 2018, the Court granted the parties' third stipulated request to extend discovery deadlines.

To date, Plaintiff has produced the following discovery:

- Plaintiff's Initial List of Witnesses and Production of Documents Pursuant to FRCP 26.1(a), served September 21, 2017;

- 1st Supplement to Plaintiff's Initial List of Witnesses and Production of Documents Pursuant to FRCP 26.1(a), served October 2, 2017;

- 2nd Supplement to Plaintiff's Initial List of Witnesses and Production of Documents Pursuant to FRCP 26.1(a), served November 17, 2017;

- Plaintiff's Answers to Defendant Target Corporation's First Set of Interrogatories, served November 20, 2017;

- Plaintiff's Responses to Defendant's First Set of Requests for Production of Documents, served November 20, 2017;

- 3rd Supplement to Plaintiff's Initial List of Witnesses and Production of Documents Pursuant to FRCP 26.1(a), served January 8, 2017;

- 4th Supplement to Plaintiff's Initial List of Witnesses and Production of Documents Pursuant to FRCP 26.1(a), served April 11, 2018.

To date, Defendant has produced the following discovery:

- Defendant Target Corporation's Initial Disclosures of Witnesses and Documents Pursuant to Fed.R.Civ.P. 26(a)(1), served September 20, 2017;

- Defendant Target Corporation's First Supplemental Disclosures of Witnesses and Documents Pursuant to Fed.R.Civ.P. 26(a)(1), served March 9, 2018;

- Defendant Target Corporation's Answers to Plaintiff's First Set of Interrogatories, served March 9, 2018;

- Defendant Target Corporation's Responses to Plaintiff's First Set of Requests for Production, served March 9, 2018.

To date, the following depositions have been taken:

- Julie Jarvis Francois, taken by Plaintiff on November 28, 2017;

- Ralph Tiebel, taken by Plaintiff on November 28, 2017;

- Illunga McClendon, taken by Plaintiff on February 20, 2018;

- Jason Boone, taken by Plaintiff on February 20, 2018.

. . .

## B. DISCOVERY THAT REMAINS TO BE COMPLETED

Defendant is still obtaining Plaintiff's medical records through authorizations provided by Plaintiff. Defendant needs to conduct the deposition of Plaintiff, a witness who was with her at the time of the subject incident, and at least two of Plaintiff's treating healthcare providers once Defendant has received Plaintiff's medical records directly from the providers. Plaintiff continues to experience symptoms she attributes to the subject incident and anticipates requiring future treatment so Defendant may seek to have Plaintiff appear for a Rule 35 Examination.

Plaintiff previously scheduled the deposition of Defendant's FRCP 30(b)(6) representative(s) for May 31, 2018; however, Defendant's corporate designees for the specified areas of examination are not available for deposition until June 11, 2018, at the earliest. The parties are also in the process of scheduling an expert inspection of the incident site, which must be completed prior to the disclosure of initial expert reports. Plaintiff's expert will also need to review the FRCP 30(b)(6) deposition transcripts as part of his evaluation. As such, the parties have agreed to a brief 30 day extension of the current discovery deadlines.

The parties also anticipate designating expert witnesses and conducting the depositions of any designated expert witnesses.

## C. REASONS WHY DISCOVERY HAS NOT BEEN COMPLETED

Defendant is still in the process of obtaining Plaintiff's medical records and films. Defendant needs to obtain those records before conducting the depositions of Plaintiff and her treating healthcare providers. Defendant also needs to obtain those records and films to provide to Defendant's medical expert. Also, as Plaintiff continues to experience symptoms she attributes to the subject incident and anticipates requiring future treatment, Defendant will likely seek to have Plaintiff attend a Rule 35 Examination. Defendant is currently in the process of retaining new counsel to substitute in the place and stead of Wilson Elser Moskowitz Edelman & Dicker. This impending change of counsel has resulted in a delay in the scheduling of the depositions of Plaintiff, her treating healthcare providers and witness, Christine Keenan. Defendant anticipates these depositions will be scheduled shortly after new counsel has made an appearance.

1   Plaintiff needs to conduct the depositions of additional employees and Defendant's FRCP 30(b)(6) representative(s) prior to the disclosure of expert witnesses. Four of Defendant's employees have been deposed to date, and Plaintiff has scheduled the FRCP 30(b)(6) deposition for June 11, 2018.

All of this discovery cannot be completed and provided to expert witnesses to allow them to complete expert reports prior to the current initial expert disclosure deadline. Accordingly, the parties request a 30 day extension of the current discovery deadlines.

### D. PROPOSED DISCOVERY SCHEDULE

| | |
|---|---|
| Close of Discovery: | September 12, 2018 |
| Dispositive Motions: | October 12, 2018 |
| Joint Pre-Trial Order: | November 12, 2018 |
| Last day to amend pleadings: | Closed |
| Initial Expert Disclosures: | July 13, 2018 |
| Rebuttal Expert Disclosures: | August 13, 2018 |
| Interim Status Report | July 13, 2018 |

DATED this 5th day of June, 2018.          DATED this 5th day of June, 2018.

**MAINOR WIRTH, LLP**                       **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP**

/s/ Joseph J. Wirth

_____                     /s/ Douglas M. Rowan

JOSEPH J. WIRTH, ESQ.                       _____
Nevada Bar No. 10280                        DOUGLAS M. ROWAN, ESQ.
6018 S. Fort Apache Road, Ste. 150          Nevada Bar No. 4736
Las Vegas, NV 89148-5652                    300 S. Fourth Street, 11th Floor
*Counsel for Plaintiff*                     Las Vegas, NV 89101
                                            *Counsel for Defendant*

NO FURTHER EXTENSIONS WILL BE GRANTED.
    IT IS SO ORDERED.

    Dated this 7th day of June, 2018.

_____
**UNITED STATES MAGISTRATE JUDGE**