BRADLEY S. MAINOR, ESQ.
Nevada Bar No. 7434
JOSEPH J. WIRTH, ESQ.
Nevada Bar No. 10280
ASH MARIE GANIER, ESQ.
Nevada Bar No. 14712
**MAINOR WIRTH, LLP**
6018 S. Fort Apache Road, Ste. 150
Las Vegas, NV 89148-5652
Tel: (702) 464-5000
Fax: (702) 463-4440
brad@mwinjury.com
joe@mwinjury.com
ash@mwinjury.com
*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA ALLEN, individually;<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, a Foreign Corporation; DOES I – X, inclusive; and ROE CORPORATIONS I – X, inclusive,<br><br>Defendants. | CASE NO.: 2:17-cv-02204-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE FOR DEFENDANT TARGET CORPORATION'S MOTION FOR SUMMARY JUDGMENT** |

Plaintiff, ANGELA ALLEN, by and through her counsel of record, BRADLEY S. MAINOR, ESQ., JOSEPH J. WIRTH, ESQ. and ASH MARIE GANIER, ESQ., of MAINOR WIRTH, LLP, and Defendant, TARGET CORPORATION, by and through its counsel of record, ALAN W. WESTBROOK, ESQ., of PERRY & WESTBROOK, hereby stipulate to an extension of the briefing schedule for Defendant's Motion for Summary Judgment as follows:

Plaintiff's opposition to Defendant Target Corporation's Motion for Summary Judgment shall be filed on or before Monday, January 7, 2019.

. . .

1 Defendant's reply brief in support of its Motion for Summary Judgment shall be filed on or before Friday, January 25, 2019.

DATED this 17th day of December, 2018.        DATED this 17th day of December, 2018.

**MAINOR WIRTH, LLP**                          **PERRY & WESTBROOK**

*/s/ Bradley S. Mainor*                        */s/ Alan W. Westbrook*
BRADLEY S. MAINOR, ESQ.                        ALAN W. WESTBROOK, ESQ.
Nevada Bar No. 7434                            Nevada Bar No. 6167
JOSEPH J. WIRTH, ESQ.                          1701 W. Charleston Boulevard, Ste. 200
Nevada Bar No. 10280                           Las Vegas, NV 89102
ASH MARIE GANIER, ESQ.                         *Attorney for Defendant*
Nevada Bar No. 14712
6018 S. Fort Apache Road, Ste. 150
Las Vegas, NV 89148-5652
*Counsel for Plaintiff*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: December 17, 2018.