# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA ALLEN, | Case No.: 2:17-cv-02204-APG-NJK |
| Plaintiff | **Order Unsealing Filing** |
| v. | |
| TARGET CORPORATION, | |
| Defendant | |

I previously directed the parties to meet and confer about whether portions of ECF No. 35 should remain under seal. ECF No. 36. I advised the parties that if no motion to seal was filed by January 28, 2019, ECF No. 35 would be unsealed. *Id.* at 2. No motion to seal was filed.

IT IS THEREFORE ORDERED that the clerk of court shall unseal and make publicly available plaintiff Angela Allen's opposition and all attached exhibits (ECF No. 35).

DATED this 6th day of February, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE