**STED**
BRADLEY S. MAINOR, ESQ.
Nevada Bar No. 7434
JOSEPH J. WIRTH, ESQ.
Nevada Bar No. 10280
ASH MARIE GANIER, ESQ.
Nevada Bar No. 14712
**MAINOR WIRTH, LLP**
6018 S. Fort Apache Road, Ste. 150
Las Vegas, NV 89148-5652
Tel: (702) 464-5000
Fax: (702) 463-4440
ash@mwinjury.com
*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA ALLEN, individually;<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, a Foreign Corporation; DOES I – X, inclusive; and ROE CORPORATIONS I – X, inclusive,<br><br>Defendants. | CASE NO.: 2:17-cv-02204-APG-NJK<br><br><br>**ORDER TO EXTEND JOINT PRETRIAL ORDER DEADLINE (FIRST REQUEST)** |

Pursuant to LR IA 6-1, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the Joint Pretrial Order deadline in the above-captioned matter. Good cause exists to extend the remaining deadline for the reasons explained below.

**A. Reasons For the Extension**

Recently, counsel conferred regarding an extension of time to submit the parties' Joint Pretrial Order in this case. Counsel for each party was unaware that the Court had ruled upon Defendant's Motion for Summary Judgment until they discussed the same on September 3, 2019, which, consequently, was the deadline to serve their Joint Pretrial Order. The parties have been

Page 1

corresponding over the last month to schedule mediation in October 2019.

As such, the deadline of September 3, 2019 to submit a Joint Pretrial Order should be extended so that the parties are able to give an accurate list of the stipulated exhibits and can attempt to resolve this case before trial is scheduled.

### B. Proposed Revised Pretrial Order Schedule

The Joint Pretrial Order was due on September 3, 2019 and the parties are requesting that the deadline be moved to November 1, 2019. This Request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, it is sought by the parties solely for the purpose of allowing sufficient time to conduct the required conference, adequately prepare their pretrial order to include stipulated exhibits at issue in this case, and attempt to resolve the matter entirely before trial. The parties respectfully submit that the reasons set forth above constitute compelling reasons and good cause for the short extension.

WHEREFORE, the parties respectfully request that this Court extend the deadline for submitting their Joint Pretrial Order from the current deadline as outlined above.

DATED this __4th__ day of September, 2019.

**MAINOR WIRTH, LLP**

*/s/ Ash Marie Ganier*
BRADLEY S. MAINOR, ESQ.
Nevada Bar No. 7434
JOSEPH J. WIRTH, ESQ.
Nevada Bar No. 10280
ASH MARIE GANIER, ESQ.
Nevada Bar No. 14712
6018 S. Fort Apache Road, Ste. 150
Las Vegas, NV 89148-5652
*Counsel for Plaintiff*

DATED this __4th__ day of September, 2019.
**PERRY & WESTBROOK**

*/s/ Alan W. Westbrook*
ALAN W. WESTBROOK, ESQ.
Nevada Bar No. 6167
1701 W. Charleston Boulevard, Ste. 200
Las Vegas, NV 89102
*Attorney for Defendant*

*///*

*///*

*///*

*///*

# ORDER

Pending before the Court is the parties' stipulation to extend the deadline to file their joint proposed pretrial order. Docket No. 40. The parties submit that they were unaware, until September 3, 2019, that the Court had ruled on Defendant's motion for summary judgment. The parties are required to monitor their registered e-mail addresses and to remain apprised of the proceedings in this case. LR IC 2-1(j), 4-1(b).

The Court GRANTS the parties' stipulation. Docket No. 40. The parties must file their joint proposed pretrial order no later than November 1, 2019.

IT IS SO ORDERED.

DATED: September 4, 2019.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE