1  BRADLEY S. MAINOR, ESQ.
   Nevada Bar No. 7434
2  JOSEPH J. WIRTH, ESQ.
   Nevada Bar No. 10280
3  ASH MARIE GANIER, ESQ.
   Nevada Bar No. 14712
4  **MAINOR WIRTH, LLP**
5  6018 S. Fort Apache Road, Ste. 150
   Las Vegas, NV 89148-5652
6  Tel: (702) 464-5000
   Fax: (702) 463-4440
7  ash@mwinjury.com
8  *Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANGELA ALLEN, individually;<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, a Foreign Corporation; DOES I – X, inclusive; and ROE CORPORATIONS I – X, inclusive,<br><br>Defendants. | CASE NO.: 2:17-cv-02204-APG-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXENSION OF TIME TO FILE STIPULATION OF DISMISSAL** |

Pursuant to LR IA 6-1, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the Stipulation and Order of Dismissal deadline in the above-captioned matter. Good cause exists to extend the remaining deadline for the reasons explained below.

**A. Reasons For the Extension**

On February 12, 2020, the parties attended a successful settlement conference before Judge Koppe. The parties entered into a binding agreement and recorded its provisions in a sealed Court order. Subsequently, the Court entered its minutes and ordered the parties to file a stipulation and proposed order of dismissal by March 25, 2020. Minutes (ECF No. 50). The

parties hereby request that this Court extend the deadline for the parties to file their stipulation of dismissal in the above captioned matter.

Since the date of settlement conference Plaintiff has diligently worked to reduce Plaintiff's medical lien in accordance with the provisions of the settlement agreement. Today, Plaintiff's counsel received the finalized negotiation. Defendant will now provide the Release Agreement and Plaintiff will approve as to form and content.

In anticipation of the parties' good faith negotiations over the language of the Release Agreement, the parties respectfully request a 30 day extension to finalize the Release and file their Stipulation and Proposed Order for Dismissal by no later than April 24, 2020.

DATED this 25th day of March, 2020.　　　　DATED this 25th day of March, 2020.

**MAINOR WIRTH, LLP**　　　　　　　　　　**PERRY & WESTBROOK, P.C.**

/s/ Ash Marie Ganier　　　　　　　　　　　　/s/ Alan Westbrook

ASH MARIE GANIER, ESQ.　　　　　　　　ALAN W. WESTRBOOK, ESQ.
Nevada Bar No. 14712　　　　　　　　　　　Nevada Bar No. 6167
6018 S. Fort Apache Road, Ste. 150　　　　　1701 W. Charleston Boulevard, Ste. 200
Las Vegas, NV 89148-5652　　　　　　　　　Las Vegas, NV 89102
*Counsel for Plaintiff*　　　　　　　　　　　　*Counsel for Defendant*

## **ORDER**

IT IS SO ORDERED that the parties' Stipulation and Proposed Order for Dismissal is due on April 24, 2020.

DATED this __26__ day of March, 2020.

_____
**UNITED STATES MAGISTRATE JUDGE**