ALAN W. WESTBROOK, ESQ.
Nevada Bar No. 06167
PERRY & WESTBROOK, P.C.
1701 West Charleston Blvd., Suite 200
Las Vegas, Nevada 89102
Telephone: (702) 870-2400
Facsimile: (702) 870-8220
E-Mail: awestbrook@perrywestbrook.com
Attorneys for Defendant
TARGET CORPORATION

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA ALLEN )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>) CASE NO.: 2:17-cv-02204-APG-NJK<br>TARGET CORPORATION a Foreign )<br>Corporation; DOES I-X, inclusive; and ROE )<br>Corporations I-X, inclusive, )<br>)<br>    Defendants. )<br>_____) | |

### STIPULATION AND ORDER TO DISMISS COMPLAINT WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between counsel for their respective parties, that the above-entitled action be dismissed with prejudice, each party to bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: April 20, 2020.

Page 1 of 2

DATED this 20th day of April, 2020.

MANOR WIRTH, LLP

/s/    Ash M. Ganier
BRADLEY S. MAINOR, ESQ.
Nevada Bar No.: 7434
JOSEPH J. WIRTH, ESQ.
Nevada Bar No.: 10280
ASH MARIE GANIER, ESQ.
Nevada Bar No.: 14712
6018 S. Fort Apache Road, Ste. 150
Las Vegas, NV 89148-5652

DATED this 20th day of April, 2020.

PERRY & WESTBROOK, PC

/s/    Alan W. Westbrook
ALAN W. WESTBROOK, ESQ.
Nevada Bar No.: 6167
1701 W. Charleston Blvd., Ste. 200
Las Vegas, NV 89102
Attorney for Defendant

~~IT IS SO ORDERED.~~

_____
UNITED STATES DISTRICT COURT JUDGE